UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------x

Cassandra Gamble, individually and on behalf of all others similarly situated

                    Plaintiff,

Civil Action No:
2:21-cv-628

-v.-

Resurgent Capital Services L.P. and

LVNV Funding, LLC, and John Does- 1-25

                    Defendants.

-------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 11th day of February, 2021

                                          */s/Raphael Deutsch*
                                          Raphael Deutsch, Esq.
                                          **Stein Saks, PLLC**
                                          285 Passaic Street
                                          Hackensack, NJ 07601
                                          Ph: 201-282-6500
                                          rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 11, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Raphael Deutsch*
Raphael Deutsch, Esq.